IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:23-cv-00630-MHH ) |
| TENET HEALTHCARE CORPORATION, *ET AL.*, | ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendants Tenet Healthcare Corporation; Tenet HealthSystem Medical, Inc., Brookwood Ancillary Holdings, Inc., Brookwood Baptist Health 2, LLC, BBH SBMC, LLC, Brookwood Center Development Corporation, and BCDC EmployeeCo, LLC jointly move this Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the EEOC and Defendants state as follows:

1. The EEOC and Defendants have negotiated the attached Consent Decree (Exhibit 1) as a final resolution of the EEOC's claims in the above-captioned case.

2. The EEOC and Defendants believe that the terms of this Consent Decree represent an adequate and effective compromise of disputed issues.

3. The Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of the Consent Decree will be in the best interest of the parties, those for whom the EEOC seeks relief, and the public.

WHEREFORE, the Parties request the Court enter their proposed Consent Decree.

Respectfully submitted on August 22, 2024,

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **TENET HEALTHCARE CORPORATION, ET AL.** |
| */s/ Trent Thompson* | */s/ Daniel Wood* |
| **Wm. Trent Thompson** | **F. Daniel Wood, Jr.** |
| Trial Attorney | Shareholder |
| Equal Employment Opportunity Commission | Kullman |
| Birmingham District Office | 600 University Park Place, Suite 340 |
| Ridge Park Place, Suite 2000 | Birmingham, Alabama 35209 |
| 1130 22nd Street South | Ala. Bar No. ASB-6822-D65F |
| Birmingham, AL 35205 | fdw@kullmanlaw.com |
| NY Bar No. 5232525 | |
| william.thompson@eeoc.gov | ***Attorney for Defendants*** |

**Bryan A. Grayson**
Supervisory Trial Attorney
Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
AL Bar No. 8944N65G
bryan.grayson@eeoc.gov

**Marsha L. Rucker**
Regional Attorney
Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
PA Bar No. 90041
marsha.rucker@eeoc.gov

***Attorneys for Plaintiff***